PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Glenn O'Neill　　　　　　　　　　　**Docket Number:** 08-00411-001
　　　　　　　　　　　　　　　　　　　　　　　　　　**PACTS Number:** 50246

**Name of Sentencing Judicial Officer:** The Honorable Jose L. Linares

**Date of Original Sentence:** 09/22/2008

**Original Offense:** Mail Fraud (18:U.S.C.1341 &2), a Class C Felony

**Original Sentence:** 2 years Probation

**Type of Supervision:** Probation　　　　　　　　　　**Date Supervision Commenced:** 09/22/08

**Assistant U.S. Attorney:** Richard E. Constable, III, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Linda D. Foster, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'<br><br>The offender has failed to work regularly as required, and has not provided any verification of employment. |
| 2. | The offender has violated the supervision condition which states '**The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'<br><br>The offender has failed to abstain from alcohol as directed on the following dates: March 30, June 12, June 25, and June 26, 2009 as evidenced by positive results for alcohol through monitoring devices. |

PROB 12C - Page 2
Glenn O'Neill

3. The offender has violated the supervision condition which states, '**The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

   The offender failed to attend alcohol treatment as directed on the following occasions:.

   On April 21, 2009, the offender was directed to enter inpatient treatment at the Montrose Chemical Dependency Unit. He failed to follow through with that referral.

   The offender was subsequently directed to attend Intensive outpatient treatment at the RECAP program on May 26, 2009. He failed to attend this program on June12, 2009 and every date thereafter.

4. The offender has violated the supervision condition which states '**The offender is to pay restitution of $1,117.05 at a rate of $50 per month commencing 30 days after sentencing.**'

   The offender failed to comply with court-ordered restitution payments as directed. He was directed to pay monthly installments of $50, toward a total of $1,117.05. He failed to make any payments during the period of supervision.

I declare under penalty of perjury that the foregoing is true and correct.

By: Maurine Rush-Blossfeld
Senior U.S. Probation Officer
Date: 7/30/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[x] The Issuance of a Summons.  Date of Hearing: 9/2/2009 @ 11:30 a.m.
[ ] No Action
[ ] Other

Signature of Judicial Officer

8/4/09
Date